DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ERIC J. SMITH,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2022-2150

_____

May 22, 2024

Appeal from the Circuit Court for Hillsborough County; Michael S. Williams, Judge.

Howard L. Dimmig, II, Public Defender, and Maura J. Kiefer, Special Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee and Jonathan P. Hurley, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

   Affirmed.

KELLY, LaROSE, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.